**DISMISS and Opinion Filed August 9, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00834-CV

**BRETT FICKEY, Appellant**
**V.**
**ERIC SCHOLER, JACKIE SCHOLER, ERIC MAKELI SCHOLER, AND SCHOLER & SONS, LLC, Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-00095-2024**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal. We grant the motion and dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240834F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

BRETT FICKEY, Appellant

No. 05-24-00834-CV      V.

ERIC SCHOLER, JACKIE
SCHOLER, ERIC MAKELI
SCHOLER, AND SCHOLER &
SONS, LLC, Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-00095-
2024.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITHOUT PREJUDICE**.

It is **ORDERED** that appellees ERIC SCHOLER, JACKIE SCHOLER, ERIC
MAKELI SCHOLER, AND SCHOLER & SONS, LLC recover their costs of this
appeal from appellant BRETT FICKEY.

Judgment entered August 9, 2024

–2–